MUNICIPALITY OF FAJARDO. ET AL., PLAINTIFFS AND APPELLANTS, *v.* AXTMAYER ET AL., DEFENDANTS AND APPELLEES.

APPEAL from the First District Court of San Juan.

No. 2726.—Decided May 11, 1923.

Decided on the grounds of the opinion delivered in the case of *Municipality of Fajardo et al.* v. *Axtmayer el al., ante,* page 780.

*Mr. J. S. Alegría* for the appellants.
*Mr. H. G. Molina* for the appellees.

*Reversed and dismissed.*

Chief Justice Del Toro and Justices Wolf, Aldrey and Hutchison concurred.

Mr. Justice Franco Soto took no part in the decision of this case.

────────

GANDÍA, PLAINTIFF AND APPELLEE, *v.* STUBBE ET AL., DEFENDANTS AND APPELLANTS.

APPEAL from the First District Court of San Juan.

No. 2899.—Decided May 12, 1923.

Decided on the grounds of the opinion delivered in the case of *Gandía* v. *Stubbe et al., ante,* page 804.

*Messrs. Cay. Coll Cuchí* and *G. Cruzado Silva* for the appellants.
*Mr. José de G. Benítez* for the appellee.

*Modified and affirmed.*

Chief Justice del Toro and Justice Aldrey concurred.
Mr. Justice Wolf concurred in the judgment.
Mr. Justice Hutchison · concurred in the judgment in part.
Mr. Justice Franco Soto took no part in the decision of this case.